No. 98–8686 (A–884). SWANN v. TAYLOR, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

No. 98–1151. CONSTANT v. ADVANCED MICRO-DEVICES, INC., ET AL., *ante*, p. 1018;

No. 98–6473. COLEMAN v. BEILEIN, SHERIFF, 525 U. S. 1074;

No. 98–7369. SKORNIAK v. UNITED STATES, 525 U. S. 1158;

No. 98–7476. MACPHEE v. CALIFORNIA, *ante*, p. 1007;

No. 98–7598. JENNINGS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 1022;

No. 98–7679. BOYD v. HELFER, CHAIRMAN, BOARD OF DIRECTORS, FEDERAL DEPOSIT INSURANCE CORPORATION, 525 U. S. 1183;

No. 98–7727. SIKORA v. HOPKINS, WARDEN, ET AL., *ante*, p. 1025;

No. 98–7769. CAGLE v. CHAMPION, WARDEN, ET AL., *ante*, p. 1026; and

No. 98–7977. TOBIE v. DEPARTMENT OF THE INTERIOR, *ante*, p. 1043. Petitions for rehearing denied.

No. 98–40. LAFONTAINE v. COMMISSIONER OF CORRECTIONAL SERVICES OF NEW YORK, 525 U. S. 869. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Motion for leave to file petition for rehearing denied.

MAY 4, 1999

No. 98–9208 (A–916). IN RE BABBITT. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 98–9209 (A–915). BABBITT v. CALIFORNIA. Sup. Ct. Cal. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.